UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHERRY LANE MUSIC PUBLISHING,
                            Plaintiff(s),

          -against-

TENN PRODUCTION CENTER, et al.,
                           Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9|15|09

09 Civ. 829

**ORDER**

**Richard M. Berman, U.S.D.J.:**

      Counsel for Plaintiff and Defendant, having appeared in Court September 15, 2009, and Counsel for Plaintiff and Defendant having advised the Court that the matter is settled, it is hereby

      **ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within forty five (45) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

Dated: New York, New York
       September 15, 2009

                                                Richard M. Berman, U.S.D.J.